UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

PENSION BENEFIT GUARANTY
CORPORATION,

Plaintiff,

- against -

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

18 CV 1926 (RJD) (SMG)

MURRAY S. MIZRACHI and
EZRA A. SHAMAH
                                    Defendants.
-------------------------------------------------------- x

DEARIE, District Judge

There being no objections to Magistrate Judge Gold's Report & Recommendation from

May 13, 2019, ECF No. 35, regarding defense counsel's application for attorney fees and costs,

the Courts adopts the Report & Recommendation in its entirety.  Accordingly, the Court hereby

grants defense counsel's motion for attorney fees and costs in the amount of $63,926.13 and

Defendants are directed to pay counsel $63,926.13.

SO ORDERED:

s/ Raymond J. Dearie

Dated: June 7, 2019
Brooklyn, NY

Raymond J. Dearie
United States District Judge